FILED

2009 SEP 25 AM 10: 20

DAN... ...CLERK
U.S. BANKRUPTCY COURT
WEST DIST. OF MICH.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
Southern Division

| | |
|---|---|
| In the Matter of: | In Bankruptcy |
| Drillers Choice Well Supply, Inc. | Case No.:  04-04012 JDG<br>Chapter 7 |
| Debtor(s) | Hon.  James D. Gregg |

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $8,311.79 represents the total sum of unclaimed dividends in this estate, and is paid to the Court pursuant to 11 U.S.C. §347(a).  I have checked the current matrix of creditors on file with the Clerk of the Court and find no change of address for the creditor(s) listed below.

The name(s) and last known address(es) of the creditor(s) entitled to these unclaimed dividends is/are as follows:

| Creditor Name | Last Known Creditor Address | Claim # | Amount of Dividend |
|---|---|---|---|
| AY MCDONALD MANUFACTURING CO | C/O JANET RAMSEY<br>WARNER NORCROSS & JUDD<br>900 FIFTH THIRD CENTER<br>111 LYON<br>GRAND RAPIDS MI 49503 | 1 | $6,908.31 |
| AMTROL | DEPARTMENT 1205<br>HARTFORD CT 06151 | 10 | $1,403.48 |
| | | Total | $8,311.79 |

Dated: September 24, 2009

_____
John A. Porter, Trustee
6059 Cannon Highlands Drive, NE
Belmont, MI  49306
(616) 874-4800

**UNITED STATES BANKRUPTCY COURT**
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

# 237944 — DR

September 25, 2009
13:43:12

**UNCLAIMED FUNDS**
04-04012

Debtor.: DRILLERS CHOICE WELL SUPPLY, I
Judge..: James D. Gregg
Trustee: JOHN PORTER
Amount.:              $8,311.79 CH
Check#.: 113

Total-> $8,311.79

FROM: JOHN A PORTER